573 A.2d 1359

IN THE MATTER OF ROBERT SOLANO, AN
ATTORNEY AT LAW.

May 23, 1989.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that ROBERT SOLANO of PASSAIC, who was admitted to the Bar of this State in 1977 and suspended from the practice of law by this Court's order of February 21, 1985, be disbarred;

And the Disciplinary Review Board's recommendation being based on its determination that respondent's entry of a plea of guilty to misapplication of entrusted property and his subsequent conviction of theft by failure to make required disposition of property received, in violation of *N.J.S.A.* 2C:20–9 requires respondent's disbarment;

And ROBERT SOLANO having failed to appear or otherwise respond to this Court's Order to Show Cause as to why he should not be disbarred or otherwise disciplined; and good cause appearing,

It is ORDERED that ROBERT SOLANO is disbarred, effective immediately; and it is further

1

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs.